No. 803. HANSBERRY ET AL. *v.* LEE ET AL. April 22, 1940. Petition for writ of certiorari to the Supreme Court of Illinois granted. *Mr. Earl B. Dickerson* for

petitioners. *Messrs. Angus Roy Shannon* and *William C. Graves* for respondents.